# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

① Austin Dunlop
② Grieg Macon
③ Mikhael Roberson
④ Marquisse Williams

Plaintiff

vs.

Gerald Bustos
Ron Erickson
Aamark
Jeff Stulir

Defendant(s)

Case No. 18-4117
(The case number will be assigned by the clerk)

FILED
JUN 25 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☒ Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

A. Plaintiff:
　　Full name: Austin Drew Dunlop
　　Prison ID: 170174
　　Address: 1317 3rd Ave Rock Island IL 61201

B. Plaintiff:
　　Full name: Grieg MaCon
　　Prison ID: 1905376
　　Address: 1317 3rd Ave Rock Island, IL, 61201

C. Plaintiff
　　Michael Roberson
　　Prison ID: 111951
　　Address: 1317 3rd Ave Rock Island, IL, 61201

D. Plaintiff
　　Full name: Marquisse Williams
　　Prison ID: 1844389
　　Address: 1317 3rd Ave Rock Island IL 61201

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: See exibit ①

Prison Identification Number: _____

Current address: _____

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Gerald Bustos

Current Job Title: Sherriff of Rock Island County Jail

Current Work Address: 1317 3rd Ave Rock Island, IL 61201

Defendant #2:

Full Name: Ron Erickson

Current Job Title: Captain of Rock Island Jail

Current Work Address: 1317 3rd Ave Rock Island, IL, 61201

Defendant #3:

Full Name: Aramark

Current Job Title: Food Distributor for Rock Island Jail

Current Work Address: 1317 3rd Ave Rock Island County Jail Rock Island IL 61201

Defendant #4:

Full Name: Jeff Stulir

Current Job Title: Inmate services officer

Current Work Address: 1317 3rd Ave Rock Island County Jail Rock Island, IL 61201

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?        Yes ☐        No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒        No ☐

Plaintiff: Austin Dunlop            3

C. If your answer to B is yes, how many? __2 cl__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
① __4:17-CV-04306__ And __4:18-CV-04113__
2. Basic claim made __① Inmate Assault ② Defamation of character__
3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __Both still pending__

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?
   Yes ☒  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒  No ☐

4

Exibit (1)

## V. STATEMENT OF CLAIM

Place(s) of the occurrence **Rock Island County Jail**

Date(s) of the occurrence **6-14-18**

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On this Day plaintiff Austin Dunlap wrote a grievance 6-14-18 Appealed it on 6-15-18 And wrote to The Aramark kitchen on 6-15-18 Do to the fact the Cool Aid being Distributed Among the inmates of The Rock Island county Jail witch contains ingredients that in fact cause Cancer it has in fact been Brought to the Jails Attention And The Aramark kitchen works Attention An still nothing is being Done This is in fact Cruel an unusual to keep Distributing such cool Aid After being notified of Such effects it is the Rock Islands County Jail to keep its inmates healthy, safe, And up to Date us inmates would like to make this a class Action lawsuit for cruel and unusual punishment, in violation of constitutional 8th Amendment Rights also see exibit 2, 3 and 4 Exibit 5 is a witness list Exibit 6 is a Cool Aid Packet that is Distributed in the "Rico Jail"

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like to be compensated in the sum of $10,000 Ten Thousand Dollars for every six months I have been incarcerated in this facility An was served such cool food I would also Request that this cool food be Discontinued an further Request that proper cooking supplies as microwave hot pot be put on every population Block to properly cook the commissary sold And to quit being ignored After All we are All human

JURY DEMAND  Yes [X]  No [ ]

Signed this _____ day of June, 20 18

(Signature of Plaintiff) Austin Dunlop

Name of Plaintiff: Austin Dunlop

Inmate Identification Number: 170174

Address: 1317 3rd Ave Rock Island County Jail Rock Island, IL. 61201

Telephone Number: