

SPRINGHOUSE
REGULAR
BEVERAGE

INGREDIENTS: DEXTROSE, MALIC ACID, ASCORBIC ACID, ARTIFICIAL FLAVOR, ASPARTAME*, POTASSIUM CITRATE, TRICALCIUM PHOSPHATE, VITAMIN D2, ARTIFICIAL COLOR.

*PHENYLKETONURICS: CONTAINS PHENYLALANINE

Manufactured By:
Food Concepts
(615) 443-1079

**Nutrition Facts**
Serving Size (7g)
Servings Per Container 1

**Amount Per Serving**
Calories 25      Calories from Fat 0

| | % Daily Value* |
|---|---|
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 0mg | 0% |
| Total Carbohydrate 8g | 0% |
| Dietary Fiber 0g | 0% |
| Sugars 8g | |
| Protein 0g | |

Vitamin A 0%  •  Vitamin C 100%
Calcium 4%  •  Iron 0%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4